```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA        :
                                :  No. 3:05 Cr. 51 (RNC)
     - v. -                     :
                                :
ALBERT BRYNDZA,                 :
                                :
     a/k/a "Kortelio,"          :
                                :  Date:  September 9, 2007
                 Defendant.     :
```

GOVERNMENT'S REPLY MEMORANDUM IN AID OF SENTENCING

      The United States of America ("Government") respectfully submits this reply memorandum in aid of sentencing. Specifically, the Government contends that the stipulated loss amount is supported by the evidence and does not overstate the seriousness of the offense. The Government further requests that the Court impose a Guidelines sentence.

## Background

      The Pre-Sentence Report, dated October 5, 2005 ("PSR"), describes the offense conduct in this case. In brief, from June, 1999 through April, 2004, the defendant was a member of the "warez" scene. The "warez" scene consisted of individuals and organized groups that engaged on the Internet in the massive copyright infringement of software, computer games, movies, and other copyrighted material. See PSR ¶ 7.

      As indicated in the PSR, "leading warez groups compete against each other to attain the reputation as the fastest provider of high-quality, pirated computer software, including

utility and application software, console games, and movies." Id.  The scope of the copyright infringement is difficult to fathom -- since the 1990s, almost all commercially-available software and games have been pirated and distributed on the Internet, typically within days of being available in stores. (Indeed, in many cases, software is pirated on the Internet before it is available in stores.)

Certain Internet websites provide information about the activity of warez groups.  A well-known example of such a website is NForce (http://www.nforce.nl), which is located in the Netherlands.  Among other things, NForce maintains a list of software, games, and movies that have been pirated and published, i.e., "released," on the Internet.  To provide the Court with a better understanding of the defendant's criminal activity, a page from the NForce website is attached as Exhibit A.

Exhibit A shows an excerpt from the list maintained by NForce of pirated PC computer games released on November 13, 2003.  (The left side of Exhibit A shows some of the other types of copyrighted works that are routinely pirated -- in addition to PC computer games, there are computer applications, games for consoles such as the Sony Playstation and Microsoft Xbox, movies, music, and so on.)

One game released by the "warez" group Fairlight is shown in Exhibit A:  "Dungeon Siege:  Legends of Aranna,"

published by Microsoft Corp.  Fairlight released the game on November 12, 2003 -- the <u>same day</u> that it was officially released by Microsoft, as shown in Exhibit B.  This was typical -- significant works of software and computer games were (and continue to be) pirated within days of their official release, and frequently before.

Pirating software and computer games so quickly required a concerted and organized effort by many people. "Suppliers" were responsible for obtaining the software and computer games on the day of the official release, if not before. (Industry insiders were especially valued as suppliers, because they could often provide pre-release copies of the software before the official release.)  Suppliers uploaded the software to one of the group's servers, so that "crackers" could defeat any technological copyright protections, and "rippers" could reduce and repackage the software as needed to make it smaller and easier to distribute.  "Testers" were then responsible for testing the release.  After the release was tested, it would be copied to one or more of the group's computer servers, from which "couriers" would copy it to other computer servers around the world.

A warez group used many different computer servers -- some for internal use during the release process, and some to serve as archives for pirated works that had already been

released, by themselves or by other release groups.  One or more "site admins" were responsible for maintaining and administering each server, to determine which group members were allowed access and to what extent.  A significant benefit of belonging to a warez group was access to the group's archives, from which "free" software, games, and movies could be downloaded.

In this case, the defendant was a well-known member of the "warez" scene.  Most significantly, the defendant was responsible for building the servers known as OI and DOH.  See PSR ¶¶ 16-17.  Both OI and DOH were used, with the defendant's knowledge, by Fairlight and other warez groups to store and distribute pirated software, movies, and other copyrighted works. See Stipulation of Offense Conduct ¶ 10.

## ARGUMENT

### The Stipulated Loss Amount Does Not Overstate the Seriousness of the Offense

I.   The Stipulated Loss Amount Has Been Adequately Established

The Government and the defendant agreed in the Stipulation of Offense Conduct that "approximately $200,000 to $400,000 in losses are attributable to the defendant as relevant conduct."  In fact, that estimate was conservative, as established by the affidavit of FBI S/A Casey Harrington.

As explained by S/A Harrington, the Government has obtained definite valuations for some, but not all, of the copyrighted works involved in this case.  See Affidavit of Casey

4

R. Harrington, dated Sept. 7, 2007 ("Harrington Aff."), ¶ 4. Those valuations were obtained from the Business Software Alliance ("BSA"), an industry consortium consisting of a number of major software companies.  See id.

The value of other copyrighted works was conservatively estimated.  See id. ¶ 5.  For example, computer games were valued at $20, even though members of the "warez" scene trafficked in the latest and most popular games, which typically cost significantly more.

Taking the sum of known and estimated valuations, S/A Harrington computed the infringement loss amount in three ways: (1) by looking only at file transfers specifically involving the defendant; (2) by looking at all file transfers on each server during the time period that the defendant was active on the server; and (3) by looking at the value of the files on each server on which the defendant was active.

The first method, focusing only on the defendant's file transfers, yields an infringement loss amount of approximately $82,042.  This loss amount cannot properly be used as the measure of the defendant's relevant conduct, because it entirely ignores his culpability for the conduct of his co-conspirators.

The second measure, yielding an infringement loss amount of approximately $2,377,244, provides the most accurate measure of the defendant's relevant conduct, by evaluating the

file transfers of all co-conspirators during the time when the defendant was known to be active on three servers.  Indeed, in this case, the defendant <u>built</u> the servers OI and HOP, see PSR ¶¶ 16-17, so it is entirely appropriate to attribute the file transfers involving those servers to him.  During the time that the defendant was known to be active on OI, a server <u>built</u> by the defendant, the defendant and his co-conspirators transferred copyrighted works valued at $1,358,121.  During the time that the defendant was known to be active on HOP, a server <u>built</u> by the defendant, he and his co-conspirators transferred additional copyrighted works valued at $1,002,574.  Viewed in this light, the stipulated loss amount of $200,000 to $400,000 is extremely fair and generous to the defendant.

The third measure of loss provided by S/A Harrington relies on the value of the copyrighted works on the servers, without measuring the value of any file transfers.  In this case, the third measure is incomplete, because S/A Harrington was unable to locate a valuation of the OI server.

Based on the stipulation between the Government and the defendant, and the information set forth in the affidavit of S/A Harrington, the Court should easily conclude that the infringement loss amount under the Sentencing Guidelines is at least in the $200,000 to $400,000 range.

II.  The Court Has No Authority to Depart Downward on the Ground that the Loss Overstates the Seriousness of the Offense

The defendant contends that the loss overstates the seriousness of the offense, but does not seek a downward departure.  The defendant properly does not seek such a downward departure, because the Court has no authority to depart downward on that basis.

The pertinent Guideline in this case is U.S.S.G. § 2B5.3, which incorporates the loss table from U.S.S.G. § 2B1.1 if the infringement loss amount exceeds $5,000.  By incorporating the loss table, however, U.S.S.G. § 2B5.3 did not thereby incorporate the authority to depart downward (set forth in the commentary to U.S.S.G. § 2B1.1) on the ground that the loss overstated the seriousness of the offense.  See United States v. Koczuk, 252 F.3d 91, 96-98 (2d Cir. 2001).

In Koczuk, the Second Circuit reviewed a downward departure under U.S.S.G. § 2Q2.1, which incorporated the loss table from U.S.S.G. § 2F1.1, on the basis that the loss overstated the seriousness of the offense.  The Second Circuit held:  "The District Court incorrectly concluded that, by directing courts to use the table in Section 2F1.1, the enhancement provision incorporated the concept of 'loss' mentioned in Section 2F1.1"  Id. at 97; see also U.S.S.G. § 1B1.5(b)(2) ("An instruction to use a particular subsection or table from another offense guideline refers only to the

particular subsection or table referenced, and not to the entire offense guideline."). Accordingly, the overstated-seriousness departure from U.S.S.G. § 2B1.1 cannot be applied in this case.

Even assuming, <u>arguendo</u>, that such a departure were possible, this is not a case where such a departure should be granted. Specifically, the departure is narrow, intended to cover cases in which the attempted fraud was "certain to fail." <u>See</u> <u>United States v. Canova</u>, 485 F.3d 674, 680 (2d Cir. 2007) (Newman, <u>J.</u>). The classic example is the case "in which a defendant attempts to negotiate an instrument so obviously fraudulent that no one would consider honoring it." <u>Id.</u>

This is not such a case. To the contrary, this is a case in which the copyright infringement actually <u>occurred</u>, in an amount significantly <u>higher</u> than set forth in the stipulation between the Government and the defendant. In no way does the stipulated Guidelines loss amount overstate the seriousness of the offense.

## Conclusion

The Government respectfully submits that the Court should impose a Guidelines sentence.

Respectfully submitted,

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY


/s/ Edward Chang
EDWARD CHANG
ASSISTANT U.S. ATTORNEY
Federal Bar No. ct26472
157 Church Street, 23rd Floor
New Haven, CT  06510
Tel.: (203) 821-3796

**EXHIBIT A**




**No Account?**
Click Here to Register!
Forgot Password

NFO's   Reviews   Forum

## Bit Torrent Search Engine
www.zoozle.org - worlds greatest BitTorrent search engine

**25 Mbit Down**
anonymous high spee

- Mixed
- Sorted
- Search
- Write a Review
- PC Game Rips
- PC Game ISOs
- PC Game Rip Patches
- PC Game Dox
- PC Game Addons
- PC App ISOs
- Dreamcast
- Playstation
- Playstation 2
- Xbox
- Xbox 360
- Gameboy Advance
- GameCube
- PSP
- DivX
- Xvid
- VCD
- SVCD
- Anime
- XXX
- TV-Rips
- DVD-R
- 0DAY (external)
- MP3 (external)
- PDA (external)
- RSS Feeds
- Bots Back-End

PC Game ISOs    << - >>

| DATE | SECTION | RELEASE NAME | GROUP | SIZE | |
|---|---|---|---|---|---|
| 2003-11-13 | PC Game ISOs | Broken Sword 3: Sleeping Dragon (c) DreamCatcher | FAIRLIGHT | 97x15 MB | 20 |
| 2003-11-13 | PC Game ISOs | Dungeon Siege Legends Of Aranna (c) Microsoft *CLONECD* | CYCLONE | 41x15 MB | 31 |
| 2003-11-13 | PC Game ISOs | The Simpsons Hit & Run (c) Vivendi Universal | FAIRLIGHT | 131x15 MB | 39 |
| 2003-11-13 | PC Game ISOs | The Hobbit (c) Vivendi Universal | RAZOR1911 | 102x15 MB | 12 |
| 2003-11-12 | PC Game ISOs | Dungeon Siege: Legends of Aranna (c) Microsoft | FAIRLIGHT | 130x15 MB | 14 |
| 2003-11-12 | PC Game ISOs | Big Rigs Over The Road Racing *NFOFiX* | RAZOR1911 | 01x01 | 43 |
| 2003-11-12 | PC Game ISOs | No One Lives Forever 2: Contract JACK (c) Vivendi Universal | FAIRLIGHT | 76x15 MB | 19 |
| 2003-11-12 | PC Game ISOs | Civil War Battles: Campaign Franklin (c) HPS Simulations | FAIRLIGHT | 23x15 MB | 90 |
| 2003-11-11 | PC Game ISOs | Manchester City Club Manager (c) JustFootball | FAIRLIGHT | 15x15 MB | 74 |
| 2003-11-11 | PC Game ISOs | Leeds Club Manager (c) JustFootball | FAIRLIGHT | 15x15 MB | 95 |
| 2003-11-11 | PC Game ISOs | Arsenal Club Manager (c) JustFootball | FAIRLIGHT | 17x15 MB | 58 |
| 2003-11-11 | PC Game ISOs | Nba Live 2004 (c) EA Sports | DEVIANCE | 87x15 MB | 15 |
| 2003-11-11 | PC Game ISOs | Championship Snowboarding 2004 (c) Activision Value | DEVIANCE | 50x15 MB | 36 |
| 2003-11-11 | PC Game ISOs | Chaos Legion (c) Capcom | DEVIANCE | 70x15 MB | 53 |
| 2003-11-11 | PC Game ISOs | Big Rigs: Over the Road Racing (c) GameMill | RAZOR1911 | 26x15 MB | 37 |
| 2003-11-10 | PC Game ISOs | Fifa Football 2004 (c) EA Sports *CLONECD* | CXZISO | 73x15 MB | 36 |
| 2003-11-10 | PC Game ISOs | Dr.Seuss The Cat In The Hat (c) Vivendi *KIDDIE* | RAZOR1911 | 34x15 MB | 22 |
| 2003-11-10 | PC Game ISOs | The Powerpuff Girls Princess Snorebucks (c) Broderbund *KIDDIE* | DOWNLINK | 35x15 MB | 11 |
| 2003-11-10 | PC Game ISOs | Polybox (c) Oxide Games | EUPHORIA | 44x15 MB | 22 |
| 2003-11-09 | PC Game ISOs | Batman Toxic Chill (c) Broderbund *KIDDIE* | DOWNLINK | 43x15 MB | 11 |
| 2003-11-08 | PC Game ISOs | Kelly Slaters Pro Surfer (c) Aspyr | IMMERSION | 84x15 MB | 36 |
| 2003-11-08 | PC Game ISOs | Lord Of The Rings: Return Of The King (c) EA *PROPER* *CD3* | DEVIANCE | 47x15 MB | 24 |
| 2003-11-07 | PC Game ISOs | Worms 3D (c) Sega *CD1 BWCLONE* | CXZISO | 53x15 MB | 18 |
| 2003-11-07 | PC Game ISOs | Pop Idol (c) Codemasters | DEVIANCE | 75x15 MB | 19 |
| 2003-11-05 | PC Game ISOs | Civilization III: Conquests (c) Atari | DEVIANCE | 49x15 MB | 26 |
| 2003-11-05 | PC Game ISOs | Lord of the Rings: War of the Ring (c) Vivendi Universal | FAIRLIGHT | 65x15 MB | 12 |
| 2003-11-05 | PC Game ISOs | Imaginext Battle Castle (c) Vivendi Universal *KIDDIE* | DOWNLINK | 29x15 MB | 14 |
| 2003-11-05 | PC Game ISOs | Wallace & Gromit in Project Zoo (c) Bam Entertainment | DEVIANCE | 44x15 MB | 7 |
| 2003-11-05 | PC Game ISOs | Turok: Evolution (c) Acclaim *CD2* *CLONECD* | CYCLONE | 56x15 MB | 10 |
| 2003-11-05 | PC Game ISOs | Warlords IV: Heroes of Etheria (c) Ubi Soft *CLONECD* | CYCLONE | 53x15 MB | 23 |

| Date | Type | Title | Group | Size | |
|---|---|---|---|---|---|
| 2003-11-04 | PC Game ISOs | Lord Of The Rings: Return Of The King (c) EA | FAIRLIGHT | 149x15 MB | 20 |
| 2003-11-04 | PC Game ISOs | Uru: Ages Beyond Myst (c) Ubisoft | DEVIANCE | 52x15 MB | 32 |
| 2003-11-04 | PC Game ISOs | Masque Video Slots (c) Masque Publishing | FAIRLIGHT | 45x15 MB | 86 |
| 2003-11-04 | PC Game ISOs | Activision Anthology Remix Edition (c) MumboJumbo | FAIRLIGHT | 27x15 MB | 66 |
| 2003-11-03 | PC Game ISOs | Bob the Builder Bob's Castle Adventure (c) THQ *KIDDIE* | DOWNLINK | 24x15 MB | 19 |
| 2003-11-03 | PC Game ISOs | Fairly Odd Parents Breakin Da Rules (c) THQ *KIDDIE* | DOWNLINK | 21x15 MB | 7 |
| 2003-11-03 | PC Game ISOs | Traitors Gate 2: Cypher | IMMERSION | 48x15 MB | 38 |
| 2003-11-03 | PC Game ISOs | Fame Academy (c) UbiSoft | DEVIANCE | 47x15 MB | 8 |
| 2003-11-03 | PC Game ISOs | Victoria: An Empire Under The Sun (c) Strategy First | DEVIANCE | 54x15 MB | 21 |
| 2003-11-03 | PC Game ISOs | Fifa 2004 (c) EA Sports | DEVIANCE | 84x15 MB | 39 |
| 2003-11-03 | PC Game ISOs | Heroes Of Might And Magic Winds Of War (c) 3DO *CLONECD* | CXZISO | 20x15 MB | 21 |
| 2003-11-03 | PC Game ISOs | Robin Hood Defender of The Crown (c) Capcom *CD2 BWClone* | CXZISO | 48x15 MB | 14 |
| 2003-11-03 | PC Game ISOs | The Third Wave (c) Pan Vision *CLONECD* | CXZISO | 35x15 MB | 8 |
| 2003-11-02 | PC Game ISOs | Barbie of Swan Lake The Enchanted Forest (c) Vivendi Universal *KIDDIE* | VERMISO | 30x15 MB | 58 |
| 2003-11-02 | PC Game ISOs | ZooCube (c) PuzzleKings | ZOO | 01x15 MB | 7 |
| 2003-10-31 | PC Game ISOs | Rebel Trucker (c) Global Star Software | ASCENSION | 36x15 MB | 8 |
| 2003-10-31 | PC Game ISOs | Take-Out Weight Curling 2 (c) Global Star Software | ASCENSION | 19x15 MB | 17 |
| 2003-10-31 | PC Game ISOs | Silent Storm (c) Big Ben Interactive | DEVIANCE | 95x15 MB | 71 |
| 2003-10-30 | PC Game ISOs | Call of Duty (c) Activision | DEVIANCE | 99x15 MB | 40 |
| 2003-10-30 | PC Game ISOs | Brother Bear (c) Disney Interactive *KIDDIE* | FAIRLIGHT | 16x15 MB | 60 |

Copyright (c) 1995 - 2005   NFOrce Entertainment

**EXHIBIT B**



## Get Ready to Unravel the Mystery! Dungeon Siege: Legends of Aranna Now Available

**November 12, 2003**



Microsoft Game Studios today announced that Dungeon Siege: Legends of Aranna has blazed a trail onto retail shelves in North America for an estimated retail price of $29.95 (U.S.). Legends of Aranna, the expansion pack to the award-winning action fantasy role-playing game Dungeon Siege, takes place on the mysterious Island of Utrae, where mystery and danger confront would-be adventurers at every turn. As an extra bonus, the Legends of Aranna expansion pack also includes the full version of the original Dungeon Siege.

Dungeon Siege: Legends of Aranna unveils an all-new campaign that will challenge players to explore and fight their way through nine spectacular areas, including an expansive new jungle region, as they unravel the rich history and mystery of the world of Aranna. Legends of Aranna will also introduce new spells and special over-the-top spell effects to combat fierce new creatures such as Clockwork Beasts and Doppelgangers. Players begin as the latest in a long line of heroes, and as they advance will be able to add a new Half-Giant player character to fill out their party or choose the Half-Giant directly for multiplayer mode. Spells will also be discovered further into the game that can temporarily transform the player character into a wolf, troll or lava monster. Players will be able to collect rare and powerful treasures, including new consistent styles of armor sets and collectables. Also available is a new pack animal that will defend the player's treasure to the death.

Purchase Dungeon Siege: Legends of Aranna today at any one of the following retailers:

### Amazon.com | Best Buy | Buy.com | EB Games | GameStop



Printer-Friendly Version    Send This Page    Add to Favorites

Manage Your Profile

© 2007 Microsoft Corporation. All rights reserved.   Terms of Use  |  Trademarks  |  Privacy Statement

<u>CERTIFICATE OF SERVICE</u>

      Pursuant to Title 28, United States Code, Section 1746, and Rule 5(b) of the Local Civil Rules of the United States District Court for the District of Connecticut, I hereby certify that a copy of the document(s) listed below:

    Government's Reply Memorandum in Aid of Sentencing

was filed electronically and was served by email on the following parties:

    Sanford N. Talkin, Esq.
    Talkin Muccigrosso & Roberts LLP
    40 Exchange Place, 18th floor
    New York, NY 10005
    Tel: (212)482-0007
    Fax: (212)482-1303

Notice of this filing will be sent by email to anyone unable to electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

      I certify under penalty of perjury that the foregoing is true and correct.

Dated:    September 9, 2007

                              <u>/s/ Edward Chang</u>
                              EDWARD CHANG